# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial: (212) 225-2550
E-Mail: lliman@cgsh.com

ROGER W THOMAS, MARK A WALKER, LESLIE B SAMUELS, ALLAN G SPERLING, MAX GITTER, EVAN A DAVIS, LAURENT ALPERT, VICTOR I LEWKOW, LESLIE N SILVERMAN, ROBERT L TORTORIELLO, A RICHARD SUSKO, LEE C BUCHHEIT, JAMES M PEASLEE, ALAN L BELLER, THOMAS J MOLONEY, JONATHAN I BLACKMAN, WILLIAM F GORIN, MICHAEL L RYAN, ROBERT P DAVIS, YARON Z REICH, RICHARD S LINCER, JAIME A EL KOURY, STEVEN G HOROWITZ, ANDREA G POOOLSKY, STEVEN M LOEB, DANIEL S STERNBERG, DONALD A STERN, CRAIG B BROD, SHELDON H ALSTER, WANDA J OLSON, MITCHELL A LOWENTHAL, DEBORAH M BUELL, EDWARD J ROSEN, LAWRENCE B FRIEDMAN, NICOLAS GRABAR

CHRISTOPHER E AUSTIN, SETH GROSSHANDLER, WILLIAM A GROLL, JANET L FISHER, DAVID L SUGERMAN, HOWARD S ZELBO, DAVID E BRODSKY, ARTHUR H KOHN, ANA DEMEL, RAYMOND B CHECK, RICHARD J COOPER, JEFFREY S LEWIS, PAUL J SHIM, YVETTE P TEOFAN, STEVEN L WILNER, ERIKA W NIJENHUIS, LINDSEE P GRANFIELD, DAVID C LOPEZ, CARMEN A CORRALES, JAMES L BROMLEY, PAUL E GLOTZER, MICHAEL A GERSTENZANG, LEWIS J LIMAN, NEIL O WHORISKEY, JORGE U JUANTORENA, MICHAEL D WEINBERGER, DAVID LEINWAND, JEFFREY A ROSENTHAL, ETHAN A KLINGSBERG, MICHAEL D DAYAN, CARMINE D BOCCUZZI JR, JEFFREY D KARPF, KIMBERLY BROWN BLACKLOW, ROBERT J RAYMOND, DAVID I GOTTLIEB

LEONARD C JACOBY, SANDRA L FLOW, FRANCISCO L CESTERO, DANA G FLEISCHMAN, FRANCESCA LAVIN, SANG JIN HAN, WILLIAM L MCRAE, JASON FACTOR, MARGARET E STOWERS, LISA M SCHWEITZER, KRISTOFER W HESS, JUAN G GIRALDEZ, DUANE MCLAUGHLIN, BREON S PEACE
RESIDENT PARTNERS

SANDRA M ROCKS, ELLEN M CREEDE, S DOUGLAS BORISKY, JUDITH KASSEL, DAVID E WEBB, PENELOPE L CHRISTOPHOROU, BOAZ S MORAG, MARY E ALCOCK, GABRIEL J MESA, DAVID H HERRINGTON, MARK A ADAMS, HEIDE H ILGENFRITZ, DAVID S BERG, KATHLEEN M EMBERGER, NANCY I RUSKIN, WALLACE L LARSON JR
RESIDENT COUNSEL

October 9, 2007

BY HAND

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007-1312

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

Re: Great American Insurance Co. v. Martin L. Solomon, et al.,
    07-CV-6498 (S.D.N.Y.) (RMB)

Dear Judge Berman:

We represent the Outside Directors in the above captioned action. We write, with the consent of Great American Insurance Co. ("Great American"), Karla Violetto, and John A. Dore to inform the Court that Great American has agreed to adjourn the date for the Outside Directors, Ms. Violetto, and Mr. Dore to file answers to the amended complaint (filed by Great American on September 18, 2007) to October 31, 2007. Should the Court request, the Outside Directors, Ms. Violetto, Mr. Dore, and Great American will file a stipulation to this effect.

*Application Granted*

SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
10/9/07

Respectfully submitted,

Lewis J. Liman

RECEIVED
OCT 09 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J