**GOODMAN & JACOBS LLP**
75 BROAD STREET, 30TH FLOOR
NEW YORK, NEW YORK 10004
----------
(212) 385-1191
FAX: (212) 385-1770 (not for service)

**MEMO ENDORSED**

October 11, 2007

BY HAND

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007-1312

RECEIVED OCT 11 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Re:  Great American Insurance Co. v.
     Martin L. Solomon, et al.
     07-CV-6498 (S.D.N.Y.)(RMB)
     Our File No.: 13-091

Dear Judge Berman:

   We represent Kingsway Financial Services, Inc. and American Country Holdings, Inc. in the above referenced action.

   We ask that if the Court agrees to Cleary Gottlieb Steen & Hamilton LLP's request on behalf of the Outside Directors, Karla Violetto and John A. Dore that their time to Answer or Respond to the Amended Complaint be extended to October 31, 2007, the Court also grant Kingsway Financial Services, Inc. and American Country Holdings, Inc. an extension of time.

   Should the Court request, we will prepare and circulate a stipulation to that effect.

                                   Respectfully,

                                   Sue C. Jacobs

SCJ:cai

SO ORDERED
/s/ RMB
RICHARD M. BERMAN U.S.D.J.
10/11/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-11-07

**GOODMAN & JACOBS LLP**

The Honorable Richard M. Berman
October 11, 2007
Page 2

cc:  Honorable Judge Henry Pitman – By Hand
     United States District
     Southern District of New York
     500 Pearl Street
     New York, New York 10007

     Scott O. Reed, Esq. – By Telecopier
     Reardon, Golinkin & Reed
     111 W. Washington Street, Suite 707
     Chicago, Illinois 60602-3439

     John Siffert, Esq. – By Telecopier
     Lankler, Siffert & Wohl
     500 5th Avenue, 33rd Floor
     New York, New York 10110

     Lewis J. Liman, Esq. – By Telecopier
     Cleary Gottlieb Steen & Hamilton LLP
     One Liberty Plaza
     New York, New York 10006-1470

     Rachel Simon, Esq. – By Telecopier
     Boundas, Skarzynski, Walsh and Black, LLC
     1 Battery Park Plaza, 22nd Floor
     New York, New York 10004

C:\JACOBSLTRS\KINGSWAY INTERPLDR.BERMAN.284.07