UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Interpleader-Plaintiff,<br><br>- against -<br><br>MARTIN L. SOLOMON, EDWIN W. ELDER, WILLIAM J. BARRETT, WILMER J. THOMAS, JR., JOHN A. DORE, AND KARLA VIOLETTO, KINGSWAY FINANCIAL SERVICES, INC., and AMERICAN COUNTRY HOLDINGS, INC.,<br><br>Interpleader-Defendants. | 07 Civ. 6498<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE** |

Upon the motion of Lewis J. Liman, attorney for Interpleader-Defendants Martin L. Solomon, Edwin W. Elder, William J. Barrett, and Wilmer J. Thomas, Jr., and his affidavit in support;

**IT IS HEREBY ORDERED** that

>Scott O. Reed
>Reardon Golinkin & Reed
>111 W. Washington St., Suite 707
>Chicago, IL 60602
>Phone: (312) 855-3700
>Fax: (312) 855-1089

is admitted pro hac vice as counsel for John A. Dore in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2007

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 10/29/07, 2007

_____RMB_____
United States District/~~Magistrate~~ Judge

O:\Dore\KSL\GAIC Interpleader\Pro Hac Vice Order.wpd

*Richard M. Berman*