USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GREAT AMERICAN INSURANCE COMPANY,   :
                                    : 07 Civ. 6498
         Interpleader-Plaintiff,    :
                                    :
         - against -                : STIPULATION
                                    : EXTENDING TIME
MARTIN L. SOLOMON, EDWIN W. ELDER,  : TO ANSWER OR
WILLIAM J. BARRETT, WILMER J. THOMAS,: OTHERWISE MOVE
JR., JOHN A. DORE, AND KARLA VIOLETTO,:
KINGWAY FINANCIAL SERVICES, INC. and:
AMERICAN COUNTRY HOLDINGS INC.,     :
                                    :
         Interpleader-Defendants.   :
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED as between the undersigned counsel, that the time for Interpleader-Defendants Kingsway Financial Services, Inc. and American Country Holdings Inc to appear, answer or otherwise respond to the First Amended Interpleader Complaint in this action is extended to and including November 15, 2007.

IT IS FURTHER STIPULATED AND AGREED that defendants Kingsway Financial Services, Inc. and American Country Holdings Inc. waive any affirmative defense of lack of personal jurisdiction.

IT IS FURTHER STIPULATED AND AGREED, for the purposes of

this stipulation only, including filing, a fully executed faxed copy may be deemed an original and facsimile signatures shall be deemed as originals.

Dated:   New York, New York
         October 31, 2007

| BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC. | GOODMAN & JACOBS LLP |
|---|---|
| Attorneys for Interpleader-Plaintiff | Attorneys for Interpleader-Defendants Kingsway Financial Services, Inc. and American Country Holdings Inc. |

By: _/s/ Eleftherios Stefas_     By: _/s/ Sue C. Jacobs_
ELEFTHERIOS STEFAS (     )         SUE C. JACOBS (SCJ-0929)
1 Battery Park Plaza, 32nd Fl.   75 Broad Street, 30th Fl.
New York, New York 10004           New York, New York 10004
(212) 820-7750                     (212) 385-1191


_RMB_
SO ORDERED
10/31/07

_Richard M. Berman_