UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GREAT AMERICAN INSURANCE COMPANY,           CASE NO.
                                            07 CIV. 6498 (RMB)
            Plaintiff,

        -against-                           KINGSWAY FINANCIAL
                                            SERVICES' RULE 7.1
                                            DISCLOSURE STATEMENT
MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS,
JR., JOHN A. DORE, KARLA VIOLETTO,
KINGSWAY FINANCIAL SERVICES, INC.
and AMERICAN COUNTRY HOLDINGS INC.,

            Defendants.
----------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Kingsway Financial Services Inc. (a publicly traded non-governmental corporate party) and American Country Holdings, Inc certifies that Kingsway Financial Services Inc. is the corporate parent of American Country Holdings, Inc.

Dated:    New York, New York
          November 15, 2007

                                    Respectfully submitted,

                                    _____
                                    Sue C. Jacobs, Esq. (SCJ-0929)
                                    GOODMAN & JACOBS LLP
                                    75 Broad Street, 30th Floor
                                    New York, New York 10004
                                    Tel: (212) 381-1191
                                    Attorneys for Defendants
                                    Kingsway Financial Services, Inc.
                                    and American Country Holdings, Inc.

```
TO:  James A. Skarzynski, Esq.
     Boundas, Skarzynski, Walsh
     & Black, LLC
     Attorneys for Plaintiff
     One Battery Plaza - 32nd Floor
     New York, New York 1004
     (212) 820-7750
```

C:\JACOBSLTRS\KINGSWAY(INTERPLEADER).ANSWER 7.1 STATEMENT.304.07

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Defendants Kingsway Financial Services, Inc. and American Country Holdings, Inc.'s Kingsway Financial Services' Rule 7.1 Disclosure Statement was served by facsimile and U.P.S. Overnight Mail this 15th day of November 2007 on all counsel of record, as set forth in the service list below:

    James A. Skarzynski, Esq.
    Boundas, Skarzynski, Walsh & Black, LLC
    Attorneys for Plaintiff
    One Battery Plaza – 32nd Floor
    New York, New York 10004

    Lewis J. Liman, Esq.
    Cleary Gottlieb Steen & Hamilton LLP
    One Liberty Plaza
    New York, New York 10006-1470

    Scott O. Reed, Esq.
    Reardon, Golinkin & Reed
    111 W. Washington Street, Suite 707
    Chicago, Illinois 60602-3439

    John Siffert, Esq.
    Lankler Siffert & Wohl
    500 5th Avenue, 33rd Floor
    New York, New York 10110

Dated:    New York, New York
          November 15, 2007

                                            *Christine A. Irwin* (signature)
                                            Christine A. Irwin

Index No.   Civ. 6598 (RMB)   Year   07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE COMPANY,

Plaintiff,

MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS,
JR., JOHN A. DORE, KARLA VIOLETTO,
KINGSWAY FINANCIAL SERVICES, INC.
and AMERICAN COUNTRY HOLDINGS INC.

Defendants.

KINGSWAY FINANCIAL SERVICES' RULE 7.1 DISCLOSURE STATEMENT

Signature (Rule 130-1.1-a)

Print Name Beneath

GOODMAN & JACOBS LLP
*Attorneys for*   Defendants Kingsway Financial Services, Inc. and
*Office and Post Office Address, Telephone* American Country Holdings, Inc.
75 BROAD STREET - 30TH FLOOR
NEW YORK, N.Y. 10004
(212) 385-1191

To

Attorney(s) for

Service of a copy of the within                                   is hereby admitted.
Dated,

.....................................................
Attorney(s) for

Sir:— Please take notice

☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order                                of which the within is a true copy will be presented for
settlement to the Hon.                                                          one of the judges
of the within named court, at
on                              at                   M.
Dated,

Yours, etc.

GOODMAN & JACOBS LLP
*Attorneys for*

*Office and Post Office Address*

75 BROAD STREET

To

NEW YORK, N.Y. 10004

Attorney(s) for