UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

FEDERAL INSURANCE COMPANY a/s/o
GREAT AMERICAN INSURANCE COMPANY,

                  Plaintiffs,

-against-

MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS, JR.,
JOHN A. DORE, KARLA VIOLETTO,
KINGSWAY FINANCIAL SERVICES, INC,
And AMERICAN COUNTRY HOLDINGS INC.,

                  Defendants.

------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Index No.: 1:07-CV-6498-(RMB)

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for: Kingsway Financial Services, Inc., and American Country Holdings Inc.

    I certify that I am admitted to practice in this court.

November 16, 2007
Date

Signature

Lester Chanin    LC 3954
Print Name    Bar Number

75 Broad Street 30th Floor
Address

New York    N.Y.    10004
City    State    Zip Code

(212) 385-1191    (212) 385-1770
Phone Number    Fax Number