UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
FEDERAL INSURANCE COMPANY a/s/o
GREAT AMERICAN INSURANCE COMPANY,    NOTICE OF
                                     APPEARANCE
                Plaintiffs,
  -against-                         Index No.: 1:07-CV-6498-
                                     (RMB)
MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS, JR.,
JOHN A. DORE, KARLA VIOLETTO,
KINGSWAY FINANCIAL SERVICES, INC,
And AMERICAN COUNTRY HOLDINGS INC.,

                Defendants.
---------------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for: Kingsway Financial Services, Inc., and American Country Holdings Inc.

    I certify that I am admitted to practice in this court.


November 19, 2007                    _____
Date                                 Signature

                                     Sue C Jacobs        SC 0929____
                                     Print Name          Bar Number

                                     75 Broad Street 30th Floor_____
                                     Address

                                     New York     N.Y.       10004__
                                     City         State      Zip Code

                                     (212) 385-1191   (212) 385-1770
                                     Phone Number     Fax Number