**BSWB**
ATTORNEYS AT LAW

CHICAGO
LONDON
NEW YORK
PRINCETON

**Boundas, Skarzynski, Walsh & Black, LLC**
One Battery Park Plaza 32nd Floor New York, New York 10004
Phone: 212.820.7700 Fax: 212.820.7740 Web: www.bswb.com


RECEIVED
NOV 30 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**Rachel L. Simon, Esq.**
Direct Nos.: (212) 820-7782 (NY)
(609) 919-6386 (NJ)
Direct Fax: (212) 820-7740
rsimon@bswb.com

November 30, 2007

**MEMO ENDORSED** *of p. 2*

**BY HAND**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

Re: *Great American Insurance Co. v. Martin L. Solomon, et al.*
03-CV-6498 (S.D.N.Y.)
07

Dear Judge Berman:

We represent Great American Insurance Company ("Great American") the director and officer liability insurer who issued coverage to American Country Holdings, Inc. ("ACHI") under Policy Number DOL5741496 (the "Policy"). Great American has accepted the action pending before Your Honor entitled *Kingsway Financial Services, Inc. v. PriceWaterhouse Coopers, LLP, et al.* Docket No. 03-CV-5560 (RMB) (S.D.N.Y.) (the "Underlying Action") as a Claim under the Policy under a reservation of rights and has been advancing costs of defense to the ACHI directors and officers who are named as defendants in the Underlying Action (the "Insured Defendants").

As Your Honor is aware, Great American was compelled to file with this Court the captioned Interpleader Action and First Amended Interpleader Complaint. In response, Interpleader Defendants Kingsway Financial Services, Inc. ("Kingsway") and American Country Holdings, Inc. ("American Country"), served their Answer to the First Amended Interpleader Complaint asserting counterclaims and a request for production of documents directed to Great American.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

**BSWB**

Honorable Richard M. Berman
November 30, 2007
Page 2

We write, with the consent of Kingsway and American Country to inform the Court that Kingsway and American Country have agreed to adjourn the date for Great American to file, move or otherwise respond to the counterclaims and discovery requests, currently due on December 5, 2007 to January 10, 2008. Should the Court request, Great American, Kingsway and American Country will file a stipulation to this affect.

Respectfully,

Rachel L. Simon

cc:    Lewis Liman, Esq. (via facsimile)
      Alex Janghorbani, Esq.
      Cleary Gottlieb Steen & Hamilon LLP
      One Liberty Plaza
      New York, NY 10006

      Scott Reed, Esq. (via facsimile)
      Karen Reardon, Esq.
      Reardon Golinkin & Reed
      111 West Washington Street
      Suite 707
      Chicago, IL 60602-3439

      John S. Siffert, Esq. (via facsimile)
      Joseph Patrice, Esq.
      Lankler Siffert & Wohl LLP
      500 Fifth Avenue - 33rd Floor
      New York, NY 10110-3398

      Sue C. Jacobs, Esq.
      Goodman & Jacobs LLP
      75 Broad Street, 30th Floor
      New York, New York 10004

Extension granted to Jan. 10, 2008.

SO ORDERED:
Date: 12/6/07
Richard M. Berman, U.S.D.J.