UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY :
:
Plaintiff, :
:
v. : Case No.
: 07 CIV 6498 (RMB)
:
:
MARTIN L. SOLOMON, et. al., :
:
Defendants. :
------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pepper Hamilton LLP, 620 Eighth Avenue, New York, New York 10018, hereby appears, by undersigned counsel, as counsel for Plaintiff Great American Insurance Company as of this date and requests that all papers in this action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
       January 10, 2008

_____
Kenneth J. King (KK 3567)
Pepper Hamilton LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
(212) 808-2700

and

Robert L. Hickok
Christopher J. Huber
Pepper Hamilton LLP
3000 Two Logan Square

Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Plaintiff Great American
Insurance Company