**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------

**GREAT AMERICAN INSURANCE COMPANY**     X
                                                                            :
                              **Plaintiff,**                       :
                                                                            :
          **v.**                                                    :          07 CIV 6498 (RMB)
                                                                            :
**MARTIN L. SOLOMON, et. al.,**                      :
                                                                            :
                              **Defendants.**                   :
                                                                            :
                                                                            :
--------------------------------------------------------    X

**PLAINTIFF'S MOTION TO DISMISS THE COUNTERCLAIM OF DEFENDANTS**
**KINGSWAY FINANCIAL SERVICES AND AMERICAN COUNTRY HOLDINGS, INC.**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Plaintiff

Great American Insurance Company ("Great American") hereby moves for an order dismissing

the Counterclaim of Defendants Kingsway Financial Services, Inc. and American Country

Holdings, Inc. This Court lacks jurisdiction to hear Defendants' Counterclaim because

Defendants lack standing to assert a bad faith claim against Great American. In addition, the

Counterclaim's conclusory allegations fail to state a claim for relief in the absence of any well

pled facts from which the Court could plausibly infer that Great American has acted in bad faith.

The bases of Plaintiff's motion are set forth in the accompanying Memorandum of Law along

with the attached Declaration of Kenneth J. King. An appropriate proposed Order is attached.

WHEREFORE, Plaintiff respectfully requests that the Court dismiss Defendants'

Counterclaim.

Dated: January 10, 2008

Respectfully submitted,

_____
Kenneth J. King (KK 3567)
Pepper Hamilton LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
(212) 808-2700

Robert L. Hickok
Christopher J. Huber
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103
(215) 981-4000

Attorneys for Plaintiff Great American
Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------

**GREAT AMERICAN INSURANCE COMPANY**    X
                                        :
             **Plaintiff,**             :
                                        :
        **v.**                          :
                                        :        07 CIV 6498 (RMB)
                                        :
**MARTIN L. SOLOMON, et. al.,**         :
                                        :
             **Defendants.**            :
                                        X

-------------------------------------------------

## ORDER

  AND NOW, this _____ day of _____, 2008, upon consideration of

Plaintiff Great American Insurance Company's Motion to Dismiss the Counterclaim of

Defendants Kingsway Financial Services, Inc. and American Country Holdings, Inc., it is hereby

ORDERED that Plaintiff's Motion is GRANTED and Defendant's Counterclaim is dismissed

with prejudice.

_____
            Berman, J.