# Pepper Hamilton LLP
#### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Kenneth J. King
direct dial: 212-808-2703
direct fax: 212-286-9806
kingk@pepperlaw.com

January 10, 2008

Via ECF and Hand Delivery

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re: *Great American Insurance Company. v. Martin L. Solomon* et al.,
No. 07-CV-6498 (RMB)

Dear Judge Berman:

     Our firm now represents Plaintiff in the above referenced matter. We are enclosing a copy of our Notice of Appearance, and will be filing the appropriate substitution of counsel papers in the near future.

     Defendants Kingsway Financial Services and American Country Holdings, Inc. have filed a counterclaim to the Complaint and our response is due today. In lieu of a reply, we are filing the enclosed motion to dismiss the counterclaim. We are mindful of the Court's rules with respect to pre-motion conferences, but given our recent entry into this case and the deadline for filing a responsive pleading, we ask the Court to accept the motion to dismiss pending any pre-motion conference the Court may wish to schedule for our motion. Thank you for your consideration in this matter.

Respectfully,

*[signature]*

Kenneth J. King

**Pepper Hamilton LLP**
Attorneys at Law

Honorable Richard M. Berman
Page 2
January 10, 2008

cc:     Jeffrey M. Greilsheimer, Esq.
        Hughes Hubbard & Reed, LLP
        One Battery Park Plaza
        New York, NY 10004
        Attorneys for PriceWaterhouseCoopers, LLP

        Scott O. Reed, Esq.
        Reardon Golinkin & Reed
        208 S. LaSalle Street, Suite 1290
        Chicago, IL 60604-1102
        Attorneys for John A. Dore in the Illinois Action and
        New York

        Lewis Liman, Esq.
        Alexander Janghorbani, Esq.
        Christopher Paton, Esq.
        Cleary Gottlieb Steen & Hamilton LLP
        One Liberty Plaza
        New York, NY 10006-1470
        Attorneys for Martin L. Soloman, Edwin W. Elder,
        William J. Barrett, and Wilmer Thomas

        John S. Siffert, Esq.
        Lankler Siffert & Wolf LLP
        500 Fifth Avenue - 33rd Floor
        New York, NY 10110-3398
        Attorneys for Karla Violetto

        Harold Ruvoldt, Esq.
        Nixon Peabody, LLP
        437 Madison Avenue
        New York, NY 10022

        Peter J. Prommer, Esq.
        Nixon Peabody LLP
        161 N. Clark Street
        48th Floor
        Chicago, IL 60601