UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

GREEN AMERICAN INSURANCE COMPANY          X
                                          :
          Plaintiff,                      :
                                          :
     v.                                   :    07 CIV 6498 (RMB)
                                          :
MARTIN L. SOLOMON, et. al.,               :
                                          :
          Defendants.                     :
                                          :
                                          X
------------------------------------------------------------

## DECLARATION OF KENNETH J. KING

STATE OF NEW YORK       )
                        )ss.:
COUNTY OF NEW YORK      )

I, Kenneth J. King, hereby declare, under penalty of perjury:

1. I am an attorney at Pepper Hamilton LLP, and one of the attorneys for Plaintiff Great American Insurance Company in the above captioned action.

2. Attached are true and correct copies of the following exhibits, which are submitted in support of Plaintiff's Motion to Dismiss the Counterclaim of Defendants Kingsway Financial Services, Inc. and American Country Holdings, Inc.:

| Exhibit No. | Description |
|---|---|
| 1 | Docket, Kingsway Financial Services, Inc. v. Pricewaterhouse Coopers LLC, et. al., No. 03-CV-5560 (RMB) (S.D.N.Y.) ("Kingsway v. PwC") |
| 2 | March 29, 2005 Order, Kingsway v. PwC |
| 3 | Memorandum in Support of Defendant John A. Dore's Motion to Quash, Kingsway v. PwC, Nov. 30, 2007 |
| 4 | March 29 2006 Letter from L. Liman, Esq. to Hon. |

| Exhibit No. | Description |
|---|---|
|  | H. Pitman |
| 5 | Apr. 26, 2007 Letter from M. Lowenthal, Esq. to Hon. H. Pitman |
| 6 | July 10, 2006 Letter from S. Reed, Esq. to H. Ruvoldt, Esq. |
| 7 | Excerpts from Plaintiff's Rule 26(a)(1) Initial Disclosures, Kingsway v. PwC, Aug. 19, 2005 |
| 8 | July 17, 2007 Letter from J. Greilsheimer to Hon. H. Pitman |
| 9 | Jan. 10, 2005 Letter from H. Ruvolt to L. Liman |
| 10 | March 3, 2006 Letter from H. Ruvoldt to J. Siffert |
| 11 | July 25, 2006 Letter from H. Ruvoldt to Hon. R. Berman |
| 12 | Aug. 6, 2007 Letter from H. Ruvoldt to Hon. R. Berman |
| 13 | July 20, 2007 Letter from J. Skarzynski to Hon. R. Berman |

_____
Kenneth J. King (KK 3567)

Sworn to before me this
10th day of January, 2008

_____
Notary Public

SUZANNE DAMICO
Notary Public, State of New York
No. 02DA6176635
Qualified in New York County
Commission Expires Nov. 5, 20 11