# EXHIBIT 7

Harold J. Ruvoldt, Jr (HR-6556)
Cathy Fleming (CF-2682)
Christopher B. Turcotte (CT-0867)
EDWARDS & ANGELL, LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGSWAY FINANCIAL SERVICES, INC.,
AMERICAN COUNTRY HOLDINGS, INC.,
AMERICAN SERVICE INSURANCE
COMPANY, LINCOLN INSURANCE
COMPANY, and UNIVERSAL CASUALTY
COMPANY,

   Plaintiffs,

 - against -

PRICEWATERHOUSECOOPERS, LLP,
MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS,
JR., JOHN A. DORE, and KARLA VIOLETTO,

   Defendants.

03 Civ. 5560 (RMB)

## PLAINTIFFS' INITIAL DISCLOSURES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiffs Kingsway Financial Services, Inc. ("Kingsway"), American Country Holdings, Inc. ("ACHI"), American Service Insurance Company ("American Service"), Lincoln Insurance Company ("Lincoln Insurance"), and Universal Casualty Company ("Universal Casualty"), without waiver of any available privileges or immunities, hereby submit their pre-discovery initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D). The responses set forth herein constitute the best information presently available to plaintiffs. Plaintiffs have not completed their investigation of the facts

NYC_207143_2/

underlying this lawsuit, however, nor have they completed their discovery or preparation of this case for trial. Accordingly, these responses are provided without prejudice to plaintiffs' rights to timely amend, supplement, or change said responses if and when additional, different, or more accurate information becomes available. The responses are also subject to correction for inadvertent errors or omissions, if any such errors or omissions are later found to exist.

I.

FRCP 26(a)(1)(A): Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

Response:

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| LINDA ALANIS | May be contacted through Edwards & Angell, LLP | Knowledge of accounting practices and preparation of financial statements filed with SEC |
| TONY ANDERSON | Ernst & Young<br>Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6301<br>(312) 879-2000 | Knowledge of actuarial analysis performed by E&Y |
| LAWRENCE C. BACHMAN | May be contacted through Edwards & Angell, LLP; however, direct address is:<br><br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br>(312) 258-5500 | Schiff Hardin & Waite represented ACHI in various areas |

NYC_207148_v

### III.

FRCP 26(a)(1)(C): Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

Response:

Plaintiff's initial estimate is $106,636.00, based upon defendants' fraudulent understating of the company's actuarial reserves, as set forth below.

| Purchase of Common Stock: | |
|---|---|
| Understatement of Unpaid Losses and LAE's | $ 67,300,000 |
| Overstatement of Deferred Income Taxes | 1,200,000 |
| Overstatement of Goodwill | 9,237,000 |
|  | 77,737,000 |
| 2002 and 2003 Underwriting Losses | 12,620,000 |
| Opportunity Cost, lost Kingsway profits | 14,241,000 |
| Out-of-Pocket Expenses, legal and accounting | 2,038,000 |
| Total Economic Damages | $106,636,000 |

Plaintiffs are still pursuing a more definitive estimate of the full extent of damages.

Such damages do not include all attorneys' fees and other litigation costs incurred to date.

### IV.

FRCP 26(a)(1)(D): Provide for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Response:

To the extent not already provided, plaintiffs will make available for inspection and copying copies of insurance policies issued by Great American Insurance Company for Directors, Officers and Corporate Liability and by Chubb Insurance Company for Professional Liability during the relevant period.

Dated: New York, New York
       August 19, 2005

                                    EDWARDS & ANGELL, LLP

                                    By: _____
                                    Harold J. Ruvoldt, Jr (HR-6556)
                                    Cathy Fleming (CF-2682)
                                    Christopher B. Turcotte (CT-0867)
                                    Attorneys for Plaintiffs
                                    750 Lexington Avenue
                                    New York, New York 10022
                                    (212) 308-4411