# EXHIBIT 13

**BSWB**
ATTORNEYS AT LAW
CHICAGO
LONDON
NEW YORK
PRINCETON

Boundas, Skarzynski, Walsh & Black, LLC
One Battery Park Plaza 32nd Floor New York, New York 10004
Phone: 212.820.7700 Fax: 212.820.7740 Web: www.bswb.com

**James A. Skarzynski, Esq.**
Direct No.: (212) 820-7720
Direct Fax: (212) 820-7775
jskarzynski@bswb.com

July 20, 2007

**BY HAND**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

Re: *Great American Insurance Co. v. Martin L. Solomon, et al.*,
03-CV-6498 (S.D.N.Y.)

Dear Judge Berman:

We represent Great American Insurance Company ("Great American") the director and officer liability insurer who issued coverage to American Country Holdings, Inc. ("ACHI") under Policy Number DOL5741496 (the "Policy"). Great American has commenced the captioned Interpleader Action and has asked that Your Honor treat it as a related action to the securities action pending before Your Honor entitled *Kingsway Financial Inc. v. PriceWaterhouseCoopers, LLP, et al. No. 03-CV-5560 (RMB) (S.D.N.Y.)* (the "Securities Action"). Great American accepted the Securities Action as a Claim under the Policy under a reservation of rights and has been advancing Costs of Defense to the ACHI Directors and Officers who are named as Defendants in the Securities Action (the "Insured Defendants"). Presently, less than half of the Policy's Limit of Liability remains available for Costs of Defense and/or settlement of the Securities Action.

As Your Honor is aware, the parties and Great American have been engaging in settlement discussions over the past two years which discussions have not resulted in a settlement. As of today, more than half of Great American's Limit of Liability has been eroded by the advancement of Costs of Defense. Great American understands that all but one of the Insured Defendants agreed to a stay of the Securities Action to engage in settlement discussions, which stay expires on July 23, 2007. Great American cannot make a determination as to what amount of the remaining Limit of Liability is appropriate to settle out some but not all of the Individual Defendants without exposing itself to claims by the Individual Defendants. As such, Great American was compelled to file the attached Interpleader Action, which seeks the Court's intervention to make a determination as to a proper distribution of the remaining Policy proceeds.

Having said the foregoing, Great American has designated the Interpleader Action as a Related Action in the hope that Your Honor accept assignment of the same. Great American does not want to unnecessarily add more litigation to Your Honor's docket. Great American requests that Your Honor invite the parties to the Interpleader Action, as well as the Plaintiffs in the Securities Action, to engage in a settlement mediation of the Securities Action. Great American remains optimistic that with the assistance of a skilled third-party, a settlement can be achieved .

Respectfully,

James A. Skarzynski

JAS:RS

cc: Harold Ruvoldt, Esq.
Nixon Peadbody
437 Madison Avenue
New York, New York 10002

Lewis Liman, Esq.
Cleary Gottlieb Steen & Hamilon LLP
One Liberty Plaza
New York, NY 10006

Scott Reed, Esq.
Reardon Golinkin & Reed
111 West Washington Street
Suite 707
Chicago, IL 60602-3439

John S. Siffert, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue - 33rd Floor
New York, NY 10110-3398