**GOODMAN & JACOBS LLP**
75 BROAD STREET, 30TH FLOOR
NEW YORK, NEW YORK 10004
----------
(212) 385-1191
FAX: (212) 385-1770 (not for service)



January 15, 2008

BY HAND

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007-1312

> *Extensions Granted.*
>
> SO ORDERED:
> Date: 1/17/08
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Re: Great American Insurance Co. v.
Martin L. Solomon, et al.
07-CV-6498 (S.D.N.Y.)(RMB)
Our File No.: 096

Dear Judge Berman:

We represent Kingsway Financial Services, Inc. and American Country Holdings, Inc. (the "Kingsway defendant") in the above-referenced action.

We ask the Court to grant the Kingsway defendants a short extension of time from January 28, 2008 to February 15, 2008 to respond to plaintiff Great American Insurance Company's Motion to Dismiss the Kingsway defendants' Counter-Claims; and a short extension of time to Great American to serve its Reply from February 4, 2008 to February 29, 2008 in the above-referenced impleader action.

Plaintiff has consented to our request.

Thank you for your courtesy.

Respectfully,

Sue C. Jacobs

**GOODMAN & JACOBS LLP**

Hon. Richard M. Berman
January 15, 2008
Page 2


So Ordered:

_____
Richard M. Berman, U.S.D.J.



cc:     Honorable Judge Henry Pitman – By Hand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Kenneth J. King, Esq. – By Telecopier
Pepper Hamilton LLP
Attorneys for Plaintiff
620 Eighth Avenue, 37th Floor
New York, New York 10018-1405

Scott O. Reed, Esq. – By Telecopier
Reardon, Golinkin & Reed
Attorneys for Defendant John A. Dore
111 W. Washington Street, Suite 707
Chicago Illinois 60602-3439

John Siffert, Esq. – By Telecopier
Lankler, Siffert & Wohl
Attorneys for Defendant Karla Violetto
500 5th Avenue, 33rd Floor
New York, New York 10110

Lewis J. Liman, Esq. – By Telecopier
Clary Gottlieb Steen & Hamilton LLP
Attorneys for Defendants
Martin L. Solomony, Edwin W. Elder,
William J. Barrett and Wilmer Thomas
One Liberty Plaza
New York, New York 10006-1470