# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  *fax* 212.308.4844  eapdlaw.com

Harold J. Ruvoldt, Jr.
Partner
212.912.2814
*fax* 212.308.4844
hruvoldt@eapdlaw.com

March 3, 2006

**INTENDED AND CONVEYED SOLELY
FOR THE PURPOSES OF SETTLEMENT DISCUSSION**

**VIA FACSIMILE AND REGULAR MAIL**
John S. Siffert, Esq.
Lankler Siffert & Wohl, LLP
500 Fifth Avenue
New York, New York  10110-3398

Re:   Kingsway Financial Services vs. PricewaterhouseCoopers LLP, et al
      No. 03 Civ. 5560 (RMB)

Dear John:

At the outset, I want to thank you for your frankness during our settlement dialogue last week.

As I understand the status of our discussions to be, we have demanded eight million dollars [$8,000,000] in satisfaction of the claim against the former ACHI directors and Karla Violetto, provided the same could be settled without prejudice for our claim against PwC. This would resolve the New York and Illinois actions, the latter of which is pending only between us and John Dore. In addition, our demand was based in part on the fact that there is only a ten million dollars [$10,000,000] policy covering the outside directors and officers. We have previously indicated that the position conveyed to us by counsel as reflecting the insurance carrier's position was not a good faith offer.

Last week you indicated to us the carrier would be prepared to pay one million seven hundred and fifty thousand dollars [$1,750,000] as settlement for all of the named officers and directors. I understood that offer would be a final resolution for the New York and Illinois actions without prejudice to our claim against PwC.

We have discussed the matter with our client. It is our client's view that the offer is not only inadequate, but it is not a good faith negotiation on the part of the carrier. This is not to suggest that the client thinks you have been less than frank with us. Accordingly my client has instructed me to inform you that the offer is rejected. You indicated to me last week that after today there would be no further negotiations on the part of the carrier and accordingly we have

## EDWARDS ANGELL PALMER & DODGE LLP

John S. Siffert, Esq.
March 3, 2006
Page 2

not made any attempt to determine a counteroffer, given we frankly have had no indication that the carrier was interested in negotiating and settling this matter in good faith.

Once again, I want to thank you for your frankness.

Very truly yours,

Harold J. Ruvoldt, Jr.

cc: Lewis J. Liman, Esq.

# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  *fax* 212.308.4844  eapdlaw.com

| Date : 3/3/2006 | Pages (including cover) : 3 |

**Sender :**

| Name | Christopher Turcotte | | |
|---|---|---|---|
| Fax | 888.325.9081 | Phone | 212.912.2824 |
| Email | cturcotte@eapdlaw.com | | |

**To :**

| Name | Company | Fax | Phone |
|---|---|---|---|
| Lewis Liman | Cleary Gottlieb | 212-225-3999 | |
| John Siffert | Lankler Siffert & Wohl | 212-764-3701 | |

If you experience problems receiving this fax, please call   .

**Message :**

Kingsway v. Pricewaterhouse



Fax

**Confidentiality Note:** The documents accompanying this facsimile contain information from the law firm of Edwards Angell Palmer & Dodge LLP, which may be confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

P. 1

\* \* \* Memory TX Result Report ( Mar. 3. 2006 3:50PM ) \* \* \*

/Time: Mar. 3. 2006  3:49PM

| Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| Memory TX | 912127643701 | P. 3 | OK | |

```
Reason for error
    E. 1) Hang up or line fail              E. 2) Busy
    E. 3) No answer                         E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size
```

---

### EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  fax 212.308.4844  eapdlaw.com

Date: 3/3/2006                                       Pages (including cover): 3

Sender:

| Name | Christopher Turcotte | | |
|---|---|---|---|
| Fax | 888.325.9081 | Phone | 212.912.2824 |
| Email | cturcotte@eapdlaw.com | | |

To:

| Name | Company | Fax | Phone |
|---|---|---|---|
| Lewis Liman | Cleary Gottlieb | 212-225-3999 | |
| John Siffert | Lankler Siffert & Wohl | 212-764-3701 | |

If you experience problems receiving this fax, please call

Message:

Kingsway v. Pricewaterhouse

Fax

Confidentiality Notice: The documents accompanying this facsimile contain information from the law firm of Edwards Angell Palmer & Dodge LLP, which may be confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WASHINGTON | LONDON

P. 1

* * * Memory TX Result Report ( Mar. 3. 2006  3:51PM ) * * *

Time: Mar. 3. 2006  3:49PM

| Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|-------------|-------|--------|---------------|
| Memory TX | 919056295276 | P. 3 | OK | |

Reason for error
 E. 1) Hang up or line fail      E. 2) Busy
 E. 3) No answer                 E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size



**FAX**

Date: March 3, 2006
From: Harold J. Ruvoldt      Zip:
Fax: 212-308-4844      Phone: 212-912-2814

Total Pages (including cover):
If you do not receive all pages, please contact     at

**EDWARDS & ANGELL, LLP**
750 LEXINGTON AVENUE
NEW YORK, NY 10022
TELEPHONE: (212) 308-4411
FAX: (212) 308-4844 OR (212) 644-5401

| To: Shaun Jackson Kingsway Financial | |
|---|---|
| FAX NUMBER: 905-629-5276 | DIRECT NUMBER: 905-206-2651 |
| To: | |
| FAX NUMBER: | DIRECT NUMBER: |
| To: | |
| FAX NUMBER: | DIRECT NUMBER: |

Message: Kingsway

*Confidentiality Note*
This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (call collect) and return the original facsimile to us at the above address via the U.S. Postal Service. We will reimburse you for postage. Thank you.

PROVIDENCE, RI  BOSTON, MA  HARTFORD, CT  PALM BEACH, FL  SHORT HILLS, NJ  NEWPORT, RI

```
                                                                           P. 1
          * * * Memory TX Result Report ( Mar. 3. 2006 3:49PM ) * * *

/Time: Mar. 3. 2006 3:48PM

                                                                         Page
Mode              Destination                    Pg(s)      Result      Not Sent
--------------------------------------------------------------------------------
Memory TX         912122253999                    P.  3      OK


--------------------------------------------------------------------------------
Reason for error
  E. 1) Hang up or line fail           E. 2) Busy
  E. 3) No answer                      E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size
```

### EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue  New York, NY 10022  212.308.4411  fax 212.308.4544  eapdlaw.com

Date: 3/3/2006                                           Pages (including cover): 3

Sender:

| Name | Christopher Turcotte | | |
|---|---|---|---|
| Fax | 888.325.9081 | Phone | 212.912.2824 |
| Email | cturcotte@eapdlaw.com | | |

To:

| Name | Company | Fax | Phone |
|---|---|---|---|
| Lewis Liman | Cleary Gottlieb | 212-225-3999 | |
| John Siffert | Lankler Siffert & Wohl | 212-764-3701 | |

If you experience problems receiving this fax, please call

Message:

Kingsway v. Pricewaterhouse

### Fax

Confidentiality Note: The documents accompanying this facsimile contain information from the law firm of Edwards Angell Palmer & Dodge LLP, which may be confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON



Date: **March 3, 2006**
From: **Harold J. Ruvoldt**          Zip:
Fax: **212-308-4844**          Phone: **212-912-2814**

Total Pages (including cover):
If you do not receive all pages, please contact          at

### EDWARDS & ANGELL, LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
TELEPHONE: (212) 308-4411
FAX: (212) 308-4844 OR (212) 644-5401

| TO: Shaun Jackson  Kingsway Financial | |
|---|---|
| FAX NUMBER: 905-629-5276 | DIRECT NUMBER: 905-206-2651 |
| TO: | |
| FAX NUMBER: | DIRECT NUMBER: |
| TO: | |
| FAX NUMBER: | DIRECT NUMBER: |

Message: **Kingsway**

*Confidentiality Note*

*This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (call collect) and return the original facsimile to us at the above address via the U.S. Postal Service. We will reimburse you for postage. Thank you.*

PROVIDENCE, RI   BOSTON, MA   HARTFORD, CT   PALM BEACH, FL   SHORT HILLS, NJ   NEWPORT, RI