**BSWB**
ATTORNEYS AT LAW

CHICAGO
LONDON
NEW YORK
PRINCETON

**Boundas, Skarzynski, Walsh & Black, LLC**
One Battery Park Plaza  32nd Floor  New York, New York 10004
Phone: 212.820.7700  Fax: 212.820.7740  Web: www.bswb.com

Rachel L. Simon. Esq.
Direct Dial  609 919 6386 (NJ)
212 820 7782 (NY)
rsimon@bswb.com

August 15, 2007

**VIA FEDERAL EXPRESS**
Sue C. Jacobs, Esq.
Goodman & Jacobs LLP
75 Broad Street, 30th Floor
New York, New York 10004

Re:  *Kingsway Financial Services, Inc. v. PriceWaterhouseCoopers, LLP, et al.*, No. 03-CV-5560 (RMB) (S.D.N.Y.)
Insurer:          Great American Insurance Company
Insured:         American Country Holdings, Inc.
Claimants:     Kingsway Financial Services, Inc., et al.
Company Ref.:   965-583-615-01-1
Policy No.:      DOL 5741496
BSWB No.:      12394

Dear Sue:

Enclosed please find a draft in the amount of $191,669.78 representing advancement of amounts Kingsway paid to Reardon Golinkin & Reed on invoices dated March 2, 2007, April 4, 2007 and May 2, 2007. You will note from the enclosed chart the deductions Great American took on those invoices for uncovered amounts.

Please let me know if you have any questions regarding the foregoing. These advancements are made under a full reservation of all of Great American's rights, remedies and defenses under the Policy and under applicable law.

Very truly yours,

*Rachel L. Simon*

Rachel L. Simon

Enclosures
N:\12394\letters\Jacobs 8 07 att check.doc

