UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
GREAT AMERICAN INSURANCE COMPANY,

                Interpleader-Plaintiff,

  - against-                                        Case No. 07 Civ. 6498 (RMB)

MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS, JR.,
JOHN A. DORE and KARLA VIOLETTO,

-------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL

      It is hereby stipulated that MORGENSTERN FISHER & BLUE, LLC, be substituted as attorneys of record for John A. Dore, in the above-captioned matter, in place of REARDON, GOLINKIN & REED.

      All notices, pleadings, applications, motions and other documents served and filed in this matter directed to John A. Dore should be served on:

                Morgenstern Fisher & Blue, LLC
                Eric B. Fisher
                885 Third Avenue
                New York, New York  10022
                Tel.:  (212) 750-6776
                Fax:  (646) 349-2816

Dated:  New York, New York
         February 28, 2008

| REARDON, GOLINKIN & REED | MORGENSTERN FISHER & BLUE, LLC |
|---|---|
| By: /s/ Scott O. Reed | By: /s/ Eric B. Fisher |
| Scott O. Reed | Eric B. Fisher (EF1209) |
| 111 West Washington Street, Suite 707 | 885 Third Avenue |
| Chicago, IL 60602 | New York, NY 10022 |
| (312) 855-0311 | (212) 750-6776 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GREAT AMERICAN INSURANCE COMPANY,

                              Interpleader-Plaintiff,

   - against-                               Case No. 07 Civ. 6498 (RMB)

MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS, JR.,
JOHN A. DORE and KARLA VIOLETTO,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATE OF SERVICE

Alice Abell hereby certifies that on February 28, 2008, I caused the service of the

*Notice of Substitution of Counsel* upon the following persons by first class mail at the

address designated by said persons for that purpose:

**James A. Skarzynski**
**Rachel L. Simon**
Boundas, Skarzynski, Walsh & Black, L.L.C.
One Battery Park Plaza
32nd Floor
NY, NY 10004

**Kenneth J. King**
**Robert L. Hickok**
Pepper Hamilton, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

**Scott O. Reed**
Reardon, Golinkin and Reed
208 South Lasalle Street
Chicago, IL 60604

**Lewis J. Liman**
Cleary Gottlieb Steen & Hamilton, LLP
1 Liberty Plaza
New York, NY 10006

**Joseph A. Patrice**
Lankler Siffert & Wohl LLP
500 Fifth Avenue
33rd Floor
New York, NY 10110

**Sue C. Jacobs**
**Lester Chanin**
Goodman & Jacobs LLP
75 Broad Street, 30th Floor
New York, NY 10004


Dated: February 28, 2008

                  /s/Alice Abell
                   Alice Abell