# GOODMAN & JACOBS LLP

75 BROAD STREET, 30TH FLOOR
NEW YORK, NEW YORK 10004
----------
(212) 385-1191
FAX: (212) 385-1770 (not for service)

**MEMO ENDORSED** 
p2

February 26, 2008

BY HAND

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007-1312

    Re:  Great American Insurance Co
         Martin L. Solomon, et al.
         07-CV-6498 (S.D.N.Y.) (RMB)
         Our File No.: 13-096

RECEIVED FEB 26 2008 CHAMBERS OF RICHARD M. BERMAN USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

Dear Judge Berman:

    We represent Kingsway Financial Services, Inc. and American Country Holdings, Inc. (the "Kingsway defendants") in the above-referenced Interpleader action.

    Pursuant to your rules, we ask the Court's permission to move to dismiss the Interpleader action. Despite repeated attempts by the Court, the parties in the Related Action have been unable to reach a settlement. On February 25, 2008, the parties again advised Magistrate Judge Pitman that no further settlement discussions are contemplated.

    There is now no basis for the Interpleader action to continue. Great American Insurance Company's ("Great American) stated principal reason for commencing the Interpleader action was that "certain of the Insured Persons are contemplating another settlement demand" and that "any payment by Great American on behalf of any Insured Person that exhausts the remaining Limit of Liability and leaves no funds available for any non-settling Insured Person(s) or Kingsway exposes Great American to multiple claims and liability." See Complaint ¶¶ 22-23. That reason no longer exists.

    The Kingsway defendants will in a motion, if allowed, ask the Court to permit the Counterclaim alleging Great American's failure to settle in good faith to proceed. Had Great American considered its insureds interests along with its own the Related Action would have settled several years ago for $8.5 million or less and saved the enormous defense costs that have continued to erode the policy.

**GOODMAN & JACOBS LLP**

Hon. Richard M. Berman
February 26, 2008
Page 2


Great American's own actions in failing to negotiate in good faith make its claim that it is a "mere disinterested stakeholder" disingenuous. The policy will continue to be eroded by defense costs based on Great American's failure to negotiate in good faith. American Country, the "Insured Entity," which purchased the Great American policy to provide for its "peace of mind for the insured . . . and prompt payment of the policy proceeds upon submission of a valid claim" (Bi-Economy Market, Inc. v. Harleysville Ins. Co., 2008 WL 423451, 2008 slip op. 01418 at 3 (N.Y. Feb. 19, 2008). (citations omitted)) will incur millions of dollars in damages to honor indemnification agreements.

    Although the Interpleader action was premature and is now moot, the Counterclaim is timely, proper and should be allowed to proceed.

    Thank you for your courtesy.

Respectfully,

Sue C. Jacobs

So Ordered: *Application Denied See memo endorsement dated 2/29/08 RMB*

_____
Richard M. Berman, U.S.D.J.


cc:   Honorable Judge Henry Pitman – By Hand
     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, New York 10007

     Kenneth J. King, Esq. – By Facsimile
     Pepper Hamilton LLP
     Attorneys for Plaintiff
     620 Eighth Avenue, 37th Floor
     New York, New York 10018-1405

     Scott O. Reed, Esq. – By Facsimile
     Reardon, Golinkin & Reed
     Attorneys for Defendant John A. Dore

**GOODMAN & JACOBS LLP**

Hon. Richard M. Berman
February 26, 2008
Page 3

      111 W. Washington Street, Suite 707
      Chicago, Illinois 60602-3439

      John Siffert, Esq. - By Facsimile
      Lankler, Siffert & Wohl
      Attorneys for Defendant Karla Violetto
      500 5th Avenue, 33rd Floor
      New York, New York 10110

      Lewis J. Liman, Esq. - By Facsimile
      Clary Gottlieb Steen & Hamilton LLP
      Attorneys for Defendants
      Martin L. Solomony, Edwin W. Elder,
      William J. Barrett and Wilmer Thomas
      One Liberty Plaza
      New York, New York 10006-1470

C:\JACOBS LTRS\KINGSWAY IMPLDR.BERMAN.056.08