*BERMAN, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GREAT AMERICAN INSURANCE COMPANY,

                              Interpleader-Plaintiff,

        - against-                                    Case No. 07 Civ. 6498 (RMB)

MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS, JR.,
JOHN A. DORE and KARLA VIOLETTO,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF SUBSTITUTION OF COUNSEL

It is hereby stipulated that MORGENSTERN FISHER & BLUE, LLC, be substituted as

attorneys of record for John A. Dore, in the above-captioned matter, in place of REARDON,

GOLINKIN & REED.

All notices, pleadings, applications, motions and other documents served and filed in this

matter directed to John A. Dore should be served on:

> Morgenstern Fisher & Blue, LLC
> Eric B. Fisher
> 885 Third Avenue
> New York, New York 10022
> Tel.: (212) 750-6776
> Fax: (646) 349-2816

Dated: New York, New York
        February 28, 2008

REARDON, GOLINKIN & REED                    MORGENSTERN FISHER & BLUE, LLC

By:                                          By:
  Scott O. Reed                                Eric B. Fisher (EF1209)
  111 West Washington Street, Suite 707        885 Third Avenue
  Chicago, IL 60602                            New York, NY 10022
  (312) 855-0311                               (212) 750-6776

**SO ORDERED:**

RMB

U.S.D.J.

3/4/08

Richard M. Berman