UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

GREAT AMERICAN INSURANCE COMPANY :
:
      Plaintiff, :
:
  v. : 07-CIV-6498 (RMB)
:
MARTIN L. SOLOMON, EDWIN W. ELDER, : MOTION TO WITHDRAW
WILLIAM J. BARRETT, WILMER J. THOMAS, : APPEARANCE OF CHRISTOPHER
JR., JOHN A. DORE, KARLA VIOLETTO, : J. HUBER
KINGSWAY FINANCIAL SERVICES, INC., :
AMERICAN COUNTRY HOLDINGS, INC., :
:
      Defendants. :
:
---------------------------------------------------------------- X

## MOTION TO WITHDRAW APPEARANCE

On this 21st day of July 2008, Great American Insurance Company moves this Court to withdraw the appearance of Christopher J. Huber as counsel for the plaintiff in the above-captioned matter case, and in support thereof, states:

    1.    Whereas James A. Skarzynski, Rachel L. Simon, Kenneth J. King, Robert L. Hickok, and Christopher J. Huber have entered appearances on behalf of Great American Insurance Company in the above-captioned matter;

    2.    Whereas as of July 18, 2008, Christopher J. Huber will no longer be working at the law firm of Pepper Hamilton LLP, counsel for Great American Insurance Company in the above-captioned matter.

      3.      Whereas James A. Skarzynski, Rachel L. Simon, Kenneth J. King, and Robert L. Hickok will continue to represent Great American Insurance Company following my departure.

      4.      Now, therefore, Great American Insurance Company moves the Court to withdraw the appearance of Christopher J. Huber as counsel for Great American Insurance Company in the above-captioned matter.

      Respectfully submitted,

OF COUNSEL:

Robert L. Hickok
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

James A. Skarzynski
Rachel L. Simon
Boundas Skarzynski Walsh & Black
One Battery Park Plaza
32nd Floor
New York, NY 10004
(212) 820-7782

*/s/ Kenneth J. King*
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700


Attorneys for Great American Insurance Company

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY | X : : |
| Plaintiff, | : : |
| v. | : 07-CIV-6498 (RMB) : |
| MARTIN L. SOLOMON, EDWIN W. ELDER, WILLIAM J. BARRETT, WILMER J. THOMAS, JR., JOHN A. DORE, KARLA VIOLETTO, KINGSWAY FINANCIAL SERVICES, INC., AMERICAN COUNTRY HOLDINGS, INC., | : : : : : |
| Defendants. | : X |

## **ORDER**

THIS MATTER having been opened to the Court by counsel by Christopher J. Huber, counsel of record for defendant Great American Insurance Company, seeking to withdraw as counsel in this matter; the Court having reviewed the submission of counsel; and for good cause shown;

IT IS on this _____ day of July 2008,

ORDERED AND ADJUDGED that the motion to withdraw Christopher J. Huber as counsel for the defendant Great American Insurance Company is GRANTED.

_____
HON. Richard M. Berman
United States District Judge