**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, copies of the foregoing Motion to Withdraw the Appearance of Christopher J. Huber on behalf of Great American Insurance Company and proposed Order were served upon the following counsel by First Class mail:

>Scott O. Reed
>Reardon, Golinkin and Reed
>208 South Lasalle Street
>Chicago, IL 60604
>
>Lewis J. Liman
>Cleary Gottlieb Steen & Hamilton, LLP(NYC)
>1 Liberty Plaza
>New York, NY 10006
>
>Eric B. Fisher
>Morgenstern Jacbos & Blue, LLC (NY)
>885 Third Avenue
>24th Floor
>New York, NY 10022
>
>Joseph A. Patrice
>Lankler Siffert & Wohl LLP
>500 Fifth Avenue
>33rd Floor
>New York, NY 10110
>
>Sue C. Jacobs
>Lester Chanin
>Goodman & Jacobs LLP
>75 Broad Street, 30th Floor
>New York, NY 10004

>*/s/ Kenneth J. King*
>Kenneth J. King