USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/08

**MORGENSTERN FISHER & BLUE, LLC**
ATTORNEYS AT LAW
885 THIRD AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 750-6776
FACSIMILE: (646) 349-2816

ERIC FISHER
ADMITTED IN NEW YORK
EFISHER@MFBNYC.COM



RECEIVED
JUL 22 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

July 21, 2008

**By Federal Express Priority**

The Honorable Richard M. Berman
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Great American Ins. Co. v. Solomon*, 07 Civ. 6498

Dear Judge Berman:

This firm represents John A. Dore as defendant in the above interpleader action. With the consent of all counsel, I write respectfully to request a brief adjournment of the status conference currently scheduled for July 30, 2008. This request is necessary because my daughter is scheduled to have a medical procedure performed on that date. I have conferred with counsel, and I am informed that all counsel are available on August 1 or August 4. Accordingly, I respectfully request that the status conference be adjourned to August 1 or August 4 or another date that is convenient for the Court.

I thank the Court for its understanding and its attention to this request.

Respectfully,

Eric B. Fisher

cc:   **Via Email**
      Kenneth King, Esq.
      Sue Jacobs, Esq.
      Lewis Liman, Esq.
      John Siffert, Esq.
      Scott Reed, Esq.
      Harold Ruvoldt, Esq.

Application granted. Conference adjourned to 9/3/08 at 10:30 a.m.

SO ORDERED:
Date: 7/22/08

Richard M. Berman, U.S.D.J.