IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY | X : : : | |
| Plaintiff, | : : | |
| v. | : : | 07-CIV-6498 (RMB) |
| MARTIN L. SOLOMON, EDWIN W. ELDER, WILLIAM J. BARRETT, WILMER J. THOMAS, JR., JOHN A. DORE, KARLA VIOLETTO, KINGSWAY FINANCIAL SERVICES, INC., AMERICAN COUNTRY HOLDINGS, INC., | : : : : : : | |
| Defendants. | : X | |

## ORDER

THIS MATTER having been opened to the Court by counsel by Christopher J. Huber, counsel of record for defendant Great American Insurance Company, seeking to withdraw as counsel in this matter; the Court having reviewed the submission of counsel; and for good cause shown;

IT IS on this **23** day of July 2008,

ORDERED AND ADJUDGED that the motion to withdraw Christopher J. Huber as counsel for the defendant Great American Insurance Company is GRANTED.

_Richard M. Berman_
HON. Richard M. Berman
United States District Judge