UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY,

                Interpleader-Plaintiff,      Case No. 07 Civ. 6498 (RMB)

      -against-

MARTIN L. SOLOMON, EDWIN W. ELDER,
WILLIAM J. BARRETT, WILMER J. THOMAS, JR.,
JOHN A. DORE and KARLA VIOLETTO,

-----------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Eric B. Fisher

☒ *Attorney*

    ☒ I am a U.S.D.C. Southern District of New York attorney. My bar number is: EF-1209

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From:   Morgenstern Fisher & Blue, LLC

    To:   Butzel Long

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address*:   380 Madison Avenue, 22nd Floor, New York, NY 10022

☒ *Telephone Number*:   212-374-5359

☒ *Fax Number*:   212-818-0494

☒ *E-mail Address*:   fishere@butzel.com

Dated: 8/20/08