# NIXON PEABODY LLP

437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (212) 940-3111

Harold J. Ruvoldt, Jr.
Direct Dial: (212) 940-3770
E-Mail: hruvoldt@nixonpeabody.com

8-28-2008

August 27, 2008

**By Hand and By Fax**

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007-1312

**MEMO ENDORSED**
p. 2

RE:   *Great American Insurance Company v. Martin L. Solomon, Edwin W. Elder, William J. Barrett, William J. Thomas, Jr., John A. Dore, and Karla Violetto, Kingsway Financial Services, Inc. and American Century Holdings, Inc.*,
Docket No. 07 Civ. 6498

*Kingsway Financial Services, Inc. v. PricewaterhouseCoopers, LLP*
Docket No. 03 Civ. 5560 (RMB)(HBP)

Dear Judge Berman:

While we do not represent anyone in the Great American matter that is scheduled before your Honor for a settlement conference for Wednesday, September 3, 2008, our client has asked us to be present so as to be sure that information that we may have in connection with the underlying case is also available to their counsel in the Great American matter. We also request that the court entertain, at the same time, a conference with PricewaterhouseCoopers and John Dore's counsel. We believe a conference with the court may be uniquely useful at this point in time. Accordingly, we suggest that the Kingsway v. Pricewaterhouse Coopers matter be added to the presently scheduled conference for Wednesday, September 3 at 11:30 AM. We have consulted with counsel for PricewaterhouseCoopers who has no objection to the date and time.

Respectfully submitted,

Harold J. Ruvoldt, Jr.

cc: Service List

11130115.1

Service List

Jeffrey M. Greilsheimer, Esq.
William Maguire, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000/6772 (direct)
(212) 299-6879 (fax)
Attorneys for PricewaterhouseCoopers, LLP

Scott O. Reed, Esq.
Scott Golinkin, Esq.
Reardon Golinkin & Reed
111 W. Washington Street, Suite 707
Chicago, IL 60602
(312) 855-3700
(312) 855-1089 (fax)
Attorneys for John A. Dore in the Illinois Action and New York Action

Ronald S. Greenberg, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100/9399 (direct)
Service by Email: rgreenberg@kramerlevin.com

> Application granted. Parties from both matters are invited to attend the conference.
>
> SO ORDERED:
> Date: 8/28/08
> Richard M. Berman, U.S.D.J.

111301151